UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRODERICK J. WARFIELD,<br><br>  Plaintiff,<br><br>  v.<br><br>UNITED STATES AIR FORCE, et al.,<br><br>  Defendants. | No.  2:20-cv-0853 KJM AC PS<br><br><br>ORDER |

Plaintiff proceeds in this action in pro per.  The matter was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(21).

On August 12, 2020, the magistrate judge filed findings and recommendations, which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty-one days.  ECF No. 7.  Plaintiff filed a document titled "Statement to Dispute Dismissal of Case," which the court construes as objections.  ECF No. 8.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case.  Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

/////

/////

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 12, 2020, are adopted in full;
2. The Second Amended Complaint (ECF No. 6) is DISMISSED with prejudice; and
3. The Clerk of Court is directed to close this case.

DATED: October 28, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE